UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ERIC RANGELOFF,

    Defendant.

CASE NO. CR08-0005-JCC

ORDER

    Having considered Defendant's Motion to Continue (Dkt. No. 47) and the Government's Response (Dkt. No. 48), which also seeks a continuance of one week to respond to the most recent pre-trial motions filed by Defendant, the Court hereby makes the following findings:

    1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

    2.    The Court further finds that the ends of justice will be served by ordering the continuance in this case, that the continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A). Failure to grant a continuance under these circumstances and upon the grounds requested

ORDER – 1

would result in a miscarriage of justice under 18 U.S.C. 3161(h)(8)(B)(I).

Defendant's motion to continue the trial date (Dkt. No. 47) is GRANTED. IT IS THEREFORE ORDERED that the trial date be continued from May 12, 2008 to **July 14, 2008.** Pre-trial motions are due June 9, 2008; witness and exhibit lists due July 10, 2008; voir dire, jury instructions and trial brief, are also due July 10, 2008. In addition, as the Defendant has no objection to the Government's request that it be permitted an additional week to respond to the four pretrial motions Defendant filed on April 18, 2008, (Dkt. No. 48), that continuance is also GRANTED.

IT IS FURTHER ORDERED that the period of time from the date of this Order up to and including July 14, 2008, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

SO ORDERED this 29th day of April, 2008.

John C. Coughenour
United States District Judge

ORDER – 2